IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THELMA P. WILLIS,<br>    Plaintiff | * | |
| | * | |
| vs. | | Civil Action No.: AMD 02-3802 |
| | * | |
| KERI L. DOUGHERTY, et al.,<br>    Defendants | * | |

******

**ORDER**

Plaintiff having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this 17th day of March, 2003,

ORDERED that plaintiff show good cause within 10 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

/s/

ANDRE M. DAVIS
United States District Judge