GREGORY M. CUGINO
PENNSYLVANIA STATE CONSTABLE

MARCH 27, 2003

Samuel H. Pavvola, P.A
One Willow Street
Annapolis, MD 21401

  Re: Willis V. Dougherty, et al.

Dear Mr. Paavola:

     I am writing to you regarding the service of a Summons, Complaint, Request for Production of Documents, Interrogatories and Admissions for each of the Defendants you wished to have served in West Chester, Pennsylvania.

     Three unsuccessful attempts were made at the 442 Gateswood Drive address. On March 12, 2003 at 6:30pm, I did however successfully serve Kevin And Georgiana Dougherty each with personal service. Unfortunately when I asked for further information regarding their daughter Keri L. Dougherty, they stated that she no longer lived at this address and were not forthcoming with any other information. I did provide them with my card, which had my pager and cell phone number on it, I asked them if they could give her the information and contact me so I could serve her. I have yet to come into contact with her to this date.   I am still attempting to find her.

                                           Sincerely,

                                           Greg Cugino