May 9, 2003

The Honorable Andre M. Davis
Judge of the U.S. District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201-2691

                Re:    **_Willis vs. Dougherty, et al._**
                        **Case No.: AMD 02-CV-3802**

Dear Judge Davis,

     The purpose of this letter is to provide you with a status report concerning the May 9, 2003, response dates required by the Court's Scheduling Order April 25, 2003.

     Ms. Alison Silvain and I have discussed the May 9 date and can mutually respond as follows:

     We do not expect that deposition hours will exceed the customary number of hours normally set by the Court. We cannot agree to an ADR conference or unanimously consent to proceed before a U.S. Magistrate Judge. However, counsel have discussed these two issues and fully intend to explore them in the future.

     If there is any additional response or data needed from either party, please so indicate and it will be provided promptly.

                                         Sincerely,

                                         /s/

                                     Samuel H. Paavola

/cdd

cc: Alison Silvain, Esq.