IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THELMA P. WILLIS, | * | |
|    Plaintiff | * | |
| v. | * | Case No.: AMD-02-CV3802 |
| KERI L. DOUGHERTY, et al. | * | |
|    Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2003, a copy of the following documents were mailed, first class postage prepaid, to attorney Samuel H. Paavola, Esquire, Paavola & Paavola, PA, One Willow Street, Annapolis, Maryland, 21401:

1. Defendant's Responses to Plaintiff's Requests for Admissions of Fact;

2. Defendants Response to Plaintiff's Requests for Production of Documents; and,

3. Defendant's Rule 26(a)(1) Initial Disclosure.

/s/ Allison L. Silvain
Allison L. Silvain
Federal Bar No.: 25178
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, MD  21202
(410) 727-6464

Attorneys for the Defendant,
Keri Dougherty