IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THELMA P. WILLIS, | * | |
| Plaintiff | * | |
| v. | * | Case No. AMD-02-CV3802 |
| KERI L. DOUGHERTY, et al. | * | |
| Defendants | * | |

\* * * * * * * * * * * * *

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2003, a copy of the following documents were mailed, first class, postage prepaid, to Attorney Samuel H. Paavola, Esquire, Paavola & Paavola, P.A., One Willow Street, Annapolis, Maryland 21401:

1) Defendant Keri L. Dougherty's Responses to Plaintiff's Interrogatories.

Respectfully submitted,

*/s/ Allison Silvain*
Allison L. Silvain
Federal Bar No. 25178
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, Maryland 21202
410-727-6464

Attorneys for Defendant,
Keri L. Dougherty

BALT01:728368v1|00ALL-007318|7/17/2003