IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THELMA P. WILLIS, | * | |
| Plaintiff | * | |
| v. | * | Case No.: AMD-02-CV3802 |
| KERI L. DOUGHERTY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that a copy of the Defendant Keri L. Dougherty's Notice to Take Deposition of Plaintiff Thelma P. Willis was served electronically on this 8th day of August, 2003, to Samuel H. Paavola, Esquire, Paavola & Paavola, P.A., One Willow Street, Annapolis, Maryland 21401.

*/s/ Allison Silvain*
Allison L. Silvain
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland  21202
(410) 727-6464
Attorney for Defendant Keri L. Dougherty