IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THELMA P. WILLIS,       *

  Plaintiff        *

v.             *  Case No.: AMD-02-CV3802

KERI L. DOUGHERTY, et al.   *

  Defendants      *

* * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2003, a copy of the foregoing Stipulation

of Dismissal was electronically filed and served electronically to Samuel A. Paavola, Esquire,

Paavola & Paavola, P.A., One Willow Street, Annapolis, MD 21401.


            */s/  Allison L. Silvain*
            Allison L. Silvain, Esquire
            Federal Bar No.: 25178
            Miles & Stockbridge, P.C.
            10 Light Street
            Baltimore, MD  21202
            (410) 727-6464

            Attorney for Defendants, Georgiana
            Dougherty and Kevin Dougherty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THELMA P. WILLIS, | * | |
| Plaintiff | * | |
| v. | * | Case No.: AMD-02-CV3802 |
| KERI L. DOUGHERTY, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **STIPULATION OF DISMISSAL**

Plaintiff hereby stipulates to the dismissal without prejudice and without consideration of

all Plaintiff's claims made in the above-referenced cases as to Defendants, Kevin Dougherty and

Georgiana Dougherty.


(original signature on file)                        (original signature on file)
*/s/ Samuel A. Paavola*                           */s/ Allison L. Silvain*
Samuel. H. Paavola                                Allison L. Silvain
Federal Bar No.:  24224                           Federal Bar No.: 25178
PAAVOLA & PAAVOLA, P.A.                            MILES & STOCKBRIDGE, P.C.
One Willow Street                                 10 Light Street
Annapolis, MD 21401                               Baltimore, Maryland 21202
(410) 224-6563                                    (410) 727-6464-

Attorney for Plaintiff,                           Attorney for Defendants, Georgiana
Thelma P. Willis                                  Dougherty and Kevin Dougherty