IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THELMA P. WILLIS, | * | |
| Plaintiff | * | |
| v. | * | Case No.: AMD-02-CV3802 |
| KERI L. DOUGHERTY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Motion for Modification of Scheduling Order and the proposed Order filed by the parties pursuant to Local Civil Rule 16(b), it is this _____ day of _____, 2003, hereby

ORDERED that the discovery deadline for expert depositions is November 30, 2003.

_____
Andre M. Davis, United States
District Court Judge