**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

September 5, 2003

MEMORANDUM TO COUNSEL RE:

Willis v. Dougherty
Civil No. AMD 02-3802

    In keeping with my normal practice in such cases, I am formally denying your joint motion to modify the scheduling order in this case. I do so, however, without prejudice to the election of the parties to agree among yourselves to a modification of the scheduling order along the lines you indicate. The due date for dispositive motions (obviously, very unlikely in a case of this sort) and the trial date remain unchanged.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt