IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THELMA P. WILLIAS, | * | |
| Plaintiff | * | |
| v. | * | Case No.: AMD-02-CV3802 |
| KERI L. DOUGHERTY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISCOVERY

I hereby certify that on this 12th day of September, 2003, a copy of the Defendant Keri L. Dougherty's Notice to Take Records Deposition propounded to Rite Aid Corporation was electronically filed and served electronically to Samuel A. Paavola, Esquire, Paavola & Paavola, P.A., One Willow Street, Annapolis, MD 21401.

/s/ Allison L. Silvain
Allison L. Silvain, Esquire
Federal Bar No.: 25178
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464

Attorney for Defendant, Keri L. Dougherty