**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
MDDAMDChambers@mdd.uscourts.gov

December 19, 2003

MEMORANDUM TO COUNSEL RE:

Willis v. Dougherty
Civil No. AMD 02-3802

The final schedule in this case shall be as follows. The pretrial conference shall be held in chambers on Thursday, January 22, 2004, at 4:30 p.m. The proposed pretrial order shall be submitted (together with any motions in limine) in accordance with the local rules. A three day jury trial shall commence as scheduled on Tuesday, February 17, 2004, at 9:30 p.m. (Monday, February 16, 2004, is a federal holiday).

I look forward to seeing you on January 22. Do have a safe and joyous holiday.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt