**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>**MDDAMDChambers@mdd.uscourts.gov** |

January 20, 2004

MEMORANDUM TO COUNSEL RE:

Willis v. Dougherty
Civil No. AMD 02-3802

    As no proposed pre-trial order was delivered today as required by the local rules, I presume that this case has settled. It will be dismissed without prejudice on Wednesday, January 21, 2004.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt